JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARCUS ALEXANDER MURCHINSON,<br><br>    PLAINTIFF,<br><br>v.<br><br>CITY OF SIERRA MADRE; OFFICER SHAW; GRANT CADZOW; and DOES 1 through 10, inclusive,<br><br>    DEFENDANTS. | CASE NO.: CV 22-08099-DMG-JEMx<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ENTIRE CASE [44]** |

    GOOD CAUSE appearing from the parties' Stipulation of Dismissal of Entire Case,

    IT IS HEREBY ORDERED that the above-captioned action against Defendants City of Sierra Madre, Officer Shaw, and Grant Cadzow is dismissed, with prejudice.  The parties shall bear their own fees and costs.

DATED:  October 25, 2024

                                                                _____
                                                                 DOLLY M. GEE
                                                    Chief United States District Judge